Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice forthcoming*)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMONSTER KK., a Japanese corporation, and ENRIQUE BONANSEA,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO.: 3:17-cv-05986-RS<br><br>**DEFENDANT APPLE INC.'S CERTIFICATE OF INTERESTED PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Complaint Filed: October 18, 2017 |

**APPLE INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**                                **CASE NO. 3:17-cv-05986-RS**

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 20, 2017

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/Diana M. Torres*
Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice forthcoming*)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

1

**APPLE INC.'S CERTIFICATION OF**
**INTERESTED ENTITIES OR PERSONS**                                              **CASE NO. 3:17-cv-05986-RS**

**CERTIFICATE OF SERVICE**

On October 20, 2017, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

 */s/ Diana M. Torres*
Diana M. Torres