UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMONSTER K.K., et al.,

    Plaintiffs,

    v.

APPLE INC.,

    Defendant.

Case No. 17-cv-05986-RS

**ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME FOR MOTION FOR PRELIMINARY INJUNCTION**

On October 18, 2017, plaintiffs filed a motion to shorten time for a hearing on their motion for a preliminary injunction. On October 20, 2017, defendant Apple Inc. submitted its opposition to that motion. Having considered the arguments and relevant legal authority, and good cause appearing, plaintiffs' motion is granted. A hearing on the preliminary injunction shall be set for **October 27, 2017 at 10:00 a.m.** Any opposition to the motion must be filed no later than October 24, 2017, and shall not exceed twenty pages. Plaintiffs' must file any reply by noon on October 26, 2017, and the reply shall not exceed ten pages.

**IT IS SO ORDERED**.

Dated: October 20, 2017

_____
RICHARD SEEBORG
United States District Judge