OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:      (310) 789-3100
Facsimile:       (310) 789-3150

JUSTIN A. NELSON (*pro hac vice* to be filed)
jnelson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone:      (713) 651-9366
Facsimile:       (713) 654-6666

DREW D. HANSEN (*pro hac vice* to be filed)
drewhansen@susmangodfrey.com
KATHERINE PEASLEE (310298)
kpeaslee@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:      (206) 516-3880
Facsimile:       (206) 516-3883

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMONSTER KK., a Japanese corporation, and ENRIQUE BONANSEA,<br><br>       Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>       Defendant. | **Case No. 3:17-cv-05986-RS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

2          PLEASE TAKE NOTICE that by agreement of the parties, Plaintiffs emonster K.K. and

3    Enrique Bonansea file this Notice of Voluntary Dismissal of their claims with prejudice against

4    Defendant Apple Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

5

6    Dated:  October 25, 2017                    Respectfully Submitted,
                                                 OLEG ELKHUNOVICH
7                                                DREW D. HANSEN
                                                 JUSTIN A. NELSON
8                                                KATHERINE PEASLEE
                                                 **SUSMAN GODFREY L.L.P.**
9

10                                               By: */s/ Oleg Elkhunovich*

11                                               *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**
                                                 Case No. 17-05986 RS